No. 02–7605. COLQUITT v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7611. SHELTON v. ST. LOUIS COUNTY, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 02–7614. WILSON v. MINGO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–7617. ARDIS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–7620. SMITH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–7621. CONNOR v. HOWERTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–7625. SUCHY v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–7631. NORWICK v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 02–7636. CHANDLER v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–7637. CELEDON v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7665. NGHE CHI TANG v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7676. PANDO v. RYAN. C. A. 9th Cir. Certiorari denied.

No. 02–7677. NORTON v. BELL, WARDEN. Ct. Crim. App. Tenn. Certiorari denied.

No. 02–7678. POPE v. RAY, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL. C. A. 11th Cir. Certiorari denied.